IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER E. HARRIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05-CV-2648 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| MAUREEN T. PORTLAND, | : | Complaint filed: 12/21/05 |
| TIMOTHY M. CURLEY, and | : | |
| THE PENNSYLVANIA STATE | : | *Electronically Filed* |
| UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |

### MOTION TO DISMISS
### BY DEFENDANTS TIMOTHY M. CURLEY and
### THE PENNSYLVANIA STATE UNIVERSITY

Defendants, Timothy M. Curley and The Pennsylvania State University, by and through their attorneys, McQuaide, Blasko, Fleming & Faulkner, Inc., hereby move this Court to dismiss the Complaint filed against them by Plaintiff, Jennifer

::ODMA\PCDOCS\DOCSLIB2\331727\1

E. Harris, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).  A Memorandum of Law in Support of this Motion to Dismiss will be timely filed in accordance with L.R. 7.5.

                                          Respectfully submitted,

                                          McQUAIDE, BLASKO,
                                          FLEMING & FAULKNER, INC.

Dated:  January 26, 2006        By:  s/James M. Horne
                                              James M. Horne, Esquire
                                              Pa. I.D. 26908
                                              811 University Drive
                                              State College, PA  16801
                                              (814) 238-4926

                                              Attorneys for Defendants
                                              Penn State and Timothy Curley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER E. HARRIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05-CV-2648 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| MAUREEN T. PORTLAND, | : | Complaint filed: 12/21/05 |
| TIMOTHY M. CURLEY, and | : | |
| THE PENNSYLVANIA STATE | : | *Electronically Filed* |
| UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss filed by Defendants, Timothy M. Curley and The Pennsylvania State University, Plaintiff Jennifer E. Harris' response to that Motion, and the briefs filed by all parties, it is hereby ORDERED that the Motion is GRANTED to the extent of the relief requested therein.

BY THE COURT:

_____
Christopher C. Conner
U.S. District Judge

::ODMA\PCDOCS\DOCSLIB2\331727\1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER E. HARRIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05-CV-2648 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| MAUREEN T. PORTLAND, | : | Complaint filed:  12/21/05 |
| TIMOTHY M. CURLEY, and | : | |
| THE PENNSYLVANIA STATE | : | *Electronically Filed* |
| UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF NON-CONCURRENCE**

I, James M. Horne, hereby certify that counsel for the Plaintiff was contacted regarding Plaintiff's possible concurrence with Defendants Timothy M. Curley and The Pennsylvania State University's Motion to Dismiss.  In response, counsel for Plaintiff indicated non-concurrence with this Motion.

                                          McQUAIDE, BLASKO,
                                          FLEMING & FAULKNER, INC.

Dated:  January 26, 2006        By:  <u>s/James M. Horne</u>
                                                  James M. Horne, Esquire
                                                  Pa. I.D. 26908
                                                  811 University Drive
                                                  State College, PA  16801
                                                  (814) 238-4926

                                                  Attorneys for Defendants
                                                  Penn State and Timothy Curley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER E. HARRIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05-CV-2648 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| MAUREEN T. PORTLAND, | : | Complaint filed: 12/21/05 |
| TIMOTHY M. CURLEY, and | : | |
| THE PENNSYLVANIA STATE | : | *Electronically Filed* |
| UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Timothy M. Curley and The Pennsylvania State University's Motion to Dismiss in the above-captioned matter was served on this, the 26th day of January, 2006, to the attorneys/parties of record as follows:

Sharon F. McKee, Esquire
Shanon Levin Lehman, Esquire
Hangley, Aronchick, Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101
(717) 364-1030

Jack M. Stover, Esquire
Buchanan Ingersoll, PC
213 Market Street, 3rd Floor
P.O. Box 120023
Harrisburg, PA  17108
(717) 237-4800

::ODMA\PCDOCS\DOCSLIB2\331727\1

Of Counsel:

Shannon Minter, Esquire
National Center for Lesbian Rights
1325 Massachusetts Ave., NW,
Suite 600
Washington, DC  20005
(202) 737-0012

Karen M. Doering, Esquire
Regional Counsel
National Center for Lesbian Rights
3170 Third Avenue, North
St. Petersburg, FL  33713
(727) 490-4260

Attorneys for Plaintiff

Of Counsel:

Mark R. Hornak, Esquire
David J. Porter, Esquire
Buchanan Ingersoll, P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219
(412) 562-8800

Attorneys for Defendant
Maureen T. Portland


McQUAIDE, BLASKO,
FLEMING & FAULKNER, INC.


By:  s/James M. Horne
         James M. Horne, Esquire
         Pa. I.D. 26908
         811 University Drive
         State College, PA  16801
         (814) 238-4926

         Attorneys for Defendants
         Penn State and Timothy Curley