IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER E. HARRIS,** | : | CIVIL ACTION NO. 1:05-CV-2648 |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **MAUREEN T. PORTLAND,** | : | |
| **TIMOTHY M. CURLEY and THE** | : | |
| **PENNSYLVANIA STATE** | : | |
| **UNIVERSITY,** | : | |
| Defendants | : | |

**O R D E R**

AND NOW, this 2nd day of March, 2006, following the initial case management conference and upon agreement of counsel for the parties, it is hereby ORDERED that the parties shall have sixty (60) days to conduct limited discovery, prior to formal referral of this matter to mediation. Accordingly, the deadline for completion of said limited discovery is **May 1, 2006**. The court will defer issuance of a mediation referral order until that time.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge