IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER E. HARRIS,** : | **CIVIL ACTION NO. 1:05-CV-2648** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **MAUREEN T. PORTLAND, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 11th day of May, 2006, it is hereby ORDERED that, in connection with the court-annexed mediation scheduled in this matter, the parties shall be permitted to disclose documents and information marked **"Confidential"** under the parties' Stipulated Confidentiality Agreement to the mediator, who shall be bound by Local Rule 16.8.6(c) and the Stipulated Confidentiality Agreement. The producing party shall submit confidential documents only in a sealed envelope by hand delivery bearing the designation:

> **For Mediator David Lehman's Eyes Only**
>
> **Confidential — Subject to the Provisions of the Order of Court Dated May 3, 2006**

Confidential documents submitted to the mediator pursuant to this order shall not be distributed to or shared with any other person. At the conclusion of the mediation, the mediator shall return all **"Confidential"** documents to the producing party.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge