IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER E. HARRIS,** : | CIVIL ACTION NO. 1:05-CV-2648 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **MAUREEN T. PORTLAND**, et al., : | |
| **Defendants** : | |

## ORDER

AND NOW, this 31st day of July, 2006, upon consideration of the documents, submitted by plaintiff for *in camera* review, that were previously forwarded to defendants with redactions, and, after a thorough review of the documents, the court finding that the redactions are unwarranted,[1] it is hereby ORDERED that:

1. Plaintiff shall provide, on or before August 7, 2006, full and complete copies of these documents, without redactions, to defendants.

2. These documents shall be marked and deemed confidential pursuant to the confidentiality agreement entered on May 3, 2006 (see Doc. 46).

   /s/ Christopher C. Conner
 CHRISTOPHER C. CONNER
 United States District Judge

---

[1] In a prior memorandum and order, the court ruled that plaintiff could not preview and redact information from subpoenaed third-party documents. (See Doc. 68.) For the same reasons as stated therein, the court finds the redactions in the instant documents unwarranted.