

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER E. HARRIS, <br> Plaintiff <br> v. <br> MAUREEN ("RENE") T. PORTLAND, <br> In her individual and official capacities, <br> TIMOTHY M. CURLEY, in his <br> Individual and official capacities, and <br> THE PENNSYLVANIA STATE <br> UNIVERSITY, <br> Defendants | : NO. 1:05-CV-2648 <br> : <br> : <br> : <br> : JUDGE CONNER <br> : <br> : <br> : <br> : ***Electronically Filed*** |

## ORDER

AND NOW, this 26th day of September, 2006, on consideration of the Concurred-In Motion of Defendants Maureen T. Portland, Timothy M. Curley and The Pennsylvania State University to Set the Number of Interrogatories Per Side at 45, the number of interrogatories per side in this matter is set at 45.

BY THE COURT:

_____
Christopher C. Conner, J.